# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PEYMAN aka PATRICK MASACHI, | |
| Plaintiff, | |
| | 2:09-cv-01384-KJD-LRL |
| v. | |
| | **MINUTES OF THE COURT** |
| ELIAHO RAYHAN, et al., | |
| Defendants. | |
| | Dated: September 22, 2010 |

PRESENT: THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT: Carol DePino    RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

  Before the court is plaintiff's Motion for Recusal of United States Magistrate Lawrence R. Leavitt Pursuant to 28 U.S.C. § 455 (#52).  To the extent the motion requests the undersigned to recuse himself only from addressing, considering, or deciding defendants' pending motion to enforce a settlement agreement, it is granted.

  IT IS SO ORDERED.

*/s/ Leavitt*

LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE