# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEYMAN aka PATRICK MASACHI,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>ELIAHO RAYHAN, as Trustee of The EMR Family Trust, *et al*.,<br><br>    Defendants/Counterclaimants. | Case No. 2:09-CV-01384-KJD-LRL<br><br>**ORDER** |

Presently before the Court is Plaintiff Peyman Masachi's Motion for Attorneys Fees and Costs against Malahie Rayhan and N&D Partnership (#91).  Though some claims relating to counterclaims filed by N&D Partnership have been disposed, the remaining causes of action are set for trial on August 27, 2012.  Even if the Court were to grant Plaintiff's motion for attorney's fees, that award may later be offset if Malahie Rayhan were to prevail on other claims at trial.  Accordingly, the Court denies the motion as premature.  Plaintiff may renew the motion after trial.

**IT IS SO ORDERED.**

DATED this 8th day of June 2012.

_____
Kent J. Dawson
United States District Judge