⍰AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Masachi,

        Plaintiff,

V.

Rayhan et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01384-KJD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Counter-claimants, Malie Rayhan and The EMR Family Trust, are awarded attorneys fees and costs against Counter-defendant Peyman Masachi in the amount of $25,728.50.

September 30, 2013                                /s/ Lance S. Wilson

Date                                               Clerk

                                                             /s/ Summer Rivera

                                                             (By) Deputy Clerk