≋AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Masachi,

                 Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Rayhan et al.,

Case Number: 2:09-cv-01384-KJD-VCF

                 Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

Counter-claimants, Malie Rayhan and The EMR Family Trust, are awarded attorneys fees and costs against Counter-defendant Peyman Masachi in the amount of $25,728.50.

September 30, 2013                          /s/ Lance S. Wilson

Date                                                                          Clerk

                                                                          /s/ Summer Rivera

                                                                          (By) Deputy Clerk