# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PEYMAN, a/k/a PATRICK MASACHI,

    Plaintiff,

v.

ELIAHO RAYHAN, *et al*.,

    Defendants.

Case No. 2:09-CV-01384-KJD-VCF

**ORDER**

    Presently before the Court is Kravitz, Schnitzer, Sloane & Johnson, Chtd.'s Motion to Reduce Attorneys' Fees Lien to Judgment (#148). Though the time for doing so has passed, no response in opposition has been filed. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants the motion. The Court adjudicates that the fees are as agreed upon by the parties and are, nevertheless, a reasonable fee for the services rendered by the attorneys in this action. See Nev. Rev. Stat. 18.015.

    Accordingly, IT IS HEREBY ORDERED that Kravitz, Schnitzer, Sloane & Johnson, Chtd.'s Motion to Reduce Attorneys' Fees Lien to Judgment (#148) is **GRANTED**;

    IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Kravitz, Schnitzer, Sloane & Johnson, Chtd. and against Eliaho Rayhan, as Trustee of The EMR Family Trust; Malihe Rayhan, as Trustee to The EMR Family Trust; The EMR Family Trust; Brian Bakhani,

individually; Arden Investments LP, a Nevada Limited Partnership; N&D Partnership; Sharona Rachmani, as Trustee of the S.E. Rachmani Living Trust; The S.E. Rachmani Living Trust; Syrus Rayhan and Elaheh Rayhan 1994 Declaration of Trust; Dr. Syrus Rayhan, as Trustee of Syrus Rayhan and Elaheh Rayhan 1994 Declaration of Trust; Elaheh Rayhan, as Trustee of Syrus Rayhan and Elaheh Rayhan 1994 Declaration of Trust; ESR Holdings, LLC, a Nevada entity; Arden Drive Management, LLC, a Nevada entity; Beltway Prime, LLC, a Nevada entity; Jacob and Dalia Marvizi, individually; N&D Property Partnership, LP and Malihe Rayhan, individually, in the amount of $18,200.50.

DATED this 26th day of February 2014.

_____
Kent J. Dawson
United States District Judge