AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    Nevada

Peyman also known as Patrick Masachi

Plaintiff,

V.

Eliaho Rayhan, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01384-KJD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Kravitz, Schnitzer, Sloane & Johnson, Chtd. and against Eliaho Rayhan, as Trustee of The EMR Family Trust; Malihe Rayhan, as Trustee to The EMR Family Trust; The EMR Family Trust; Brian Bakhani, individually; Arden Investments LP, a Nevada Limited Partnership; N&D Partnership; Sharona Rachmani, as Trustee of the S.E. Rachmani Living Trust; The S.E. Rachmani Living Trust; Syrus Rayhan and Elaheh Rayhan 1994 Declaration of Trust; Dr. Syrus Rayhan, as Trustee of Syrus Rayhan and Elaheh Rayhan 1994 Declaration of Trust; Elaheh Rayhan, as Trustee of Syrus Rayhan and Elaheh Rayhan 1994 Declaration of Trust; ESR Holdings, LLC, a Nevada entity; Arden Drive Management, LLC, a Nevada entity; Beltway Prime, LLC, a Nevada entity; Jacob and Dalia Marvizi, individually; N&D Property Partnership, LP and Malihe Rayhan, individually, in the amount of $18,200.50.

February 27, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk